UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA G. ROBINSON, | ) | No. CV 10-08111-SS |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

 IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: October 6, 2011

 \_\_\_\_\_/S/_____
 SUZANNE H. SEGAL
 UNITED STATES MAGISTRATE JUDGE